■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRIN T. MORELAND, Appellant. [748 NYS2d 80] —Appeal from a judgment of Orleans County Court (Punch, J.), entered February 23, 2001, convicting defendant upon his plea of guilty of, inter alia, driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737). Present—Wisner, J.P., Hurlbutt, Scudder and Kehoe, JJ.